

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-14-00815-CR

Joshua Zoltan **PAUR**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 8, Bexar County, Texas
Trial Court No. 422830
The Honorable Liza Rodriguez, Judge Presiding

PER CURIAM

Sitting:      Marialyn Barnard, Justice
             Rebeca C. Martinez, Justice
             Patricia O. Alvarez, Justice

Delivered and Filed:  December 23, 2014

MOTION TO DISMISS GRANTED; APPEAL DISMISSED

    Appellant filed a motion to dismiss this appeal.  The motion is granted, and this appeal is

dismissed.  *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

DO NOT PUBLISH